UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JONATHAN LEE RICHES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:08-CV-330 MLM |
| | ) | |
| ROY OSWALT, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Petitioner is a well known filer of frivolous lawsuits in federal courts across the nation. See, e.g., Riches v. Bowie, 3:08CV30-FPS-JSK (N.D. W. Va. filed March 14, 2008) ("The United States Courts Pacer U.S. Party/Case Index lists Jonathan Lee Riches as having filed 989 actions between February 2006, and February 20, 2008."). The instant petition is no exception; it is legally frivolous. Additionally, there is no basis for this Court's jurisdiction. As a result, it will be summarily dismissed.

Accordingly,

**IT IS HEREBY ORDERED** that the instant petition is **DISMISSED** with prejudice.

An Order of Dismissal will accompany this Order.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  31st  day of March, 2008.